Filing # 70302601 E-Filed 04/05/2018 02:41:15 PM

# EXHIBIT A



*Better than it has to be*

**Amalie Oil**
1601 McCloskey Boulevard
Tampa, Fl, 33605-6731

Tel#: 813-248-1988
Fax#: 813-248-1488

Date: 02/02/2016
Time: 12:03:25 PM

# Purchase order

COAST CHEMICALS, LTD.
P.O. BOX 4652
DEPT. 949
HOUSTON, TX 77210
USA

Number: PO-512600-2
Purchase Order Date: 02/02/2016
Delivery Date: 02/04/2016
Created Date: 01/12/2016
Customer PO:

Delivery address
Amalie Oil Company
1601 McCloskey Blvd
TAMPA FL, 33605

PO

| Item number | Short Part Number | Description | Inv Qty | Inv Unit | Billing Qty | Billing Unit | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 8080912300 | | DOT 3 B/OIL - EXPORT LOW BOIL | 21,021.00 | GL | 21,021.00 | GL | 4.20 | 88,288.20 |

**Sales balance:** **88,288.20**
**Total:** **88,288.20**

**Printed By: Brandi Barkett**

# EXHIBIT B

STRAIGHT BILL OF LADING

From: Third Coast Packaging, Inc.

At: 1871 MYKAWA
PEARLAND, TX 77581
Phone: Fax:

ThirdCoast
TERMINALS

B/L DATE
2/1/2016
B/L NO.
188868

Page 1 of 1

SOLD TO: THIRD COAST CHEMICALS
P. O. BOX 239
PEARLAND, TX 77588
USA

SHIP TO: AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD
TAMPA, FL 33605
USA

| CUST NO. | OPERATOR | SHIP VIA | SHIPMENTS VIA MOTOR CARRIER | D.O.T. HAZARDOUS MATERIALS PLACARDS FURNISHED BY: |
|---|---|---|---|---|
| TCC_001 | ELINDNER | RAIL | | ☐ SHIPPER ☐ CARRIER |

| CUST ORDER NO | SHIP DATE | FREIGHT | FOB REMARK | DELIVERY DATE | CHECKED BY |
|---|---|---|---|---|---|
| 512600 | 2/1/2015 | DELIVERED | CUSTOMER DOCK | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | HM | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLS |
|---|---|---|---|---|---|---|---|
| 183200 | 183200 | 1#BULK BKC-BF3401B | | NOT REGULATED NOT REGULATED, B DOT3 LOW BOIL BULK BRAKECHEM LOW BOIL DOT 3 BRAKE FLUID 183200 BULK | 183200 | 183200 | |
| | | | | **Total Weights:** | **183200** | **183200** | |
| | | | | CLASS 65<br>RAILCAR: GATX-53944<br>BRAKE FLUID NON-HAZARDOUS<br>STCC:2991210<br>ROUTING: BNSF-DIRECT(UP S/W)<br>CONTRACT: BNSF 90058<br>SEALS: 036141,036142,036143,036144<br>CODES: N/A<br>GALLONS: 21,021 | | | |

SHIPPER'S CERTIFICATION This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of DOT.
(Signature/Title) ______

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ______ per______

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______
ure of Consignor)

FREIGHT CHARGES

If charges are to be prepaid, write or stamp here, "TO BE PREPAID"

OFFICE

**SHIPPER'S CHECKLIST**

| | | | |
|---|---|---|---|
| | DOT LABELS APPLIED AND SECURE | | DOT AUTHORIZED CONTAINERS |
| | PROPER DOT NAME ON ALL PACKAGES | | CHECKED FOR PROPER SEALING |
| | AIR CARGO ONLY | | PELIGRO LABEL APPLIED |

**COD** Amt: $ 0.00

DELIVERED BY:

RECEIVED BY:

DATE:

SIGNATURE HEREBY CONFIRMS THAT QUANTITY SPECIFIED IS CORRECT AND RECEIVED IN GOOD CONDITION

**FOR CHEMICAL EMERGENCY, SPILL, LEAK, EXPOSURE OR ACCIDENT**
**CONTACT: CHEMTREC (800)-262-8200 CCN# 22251**

# EXHIBIT C

24720

THIRD COAST CHEMICALS

Third Coast Chemicals
P.O.Box 239
Pearland, TX 77588

Phone: 281-412-0275
Fax: 281-412-0245

Page 1 of 1

| Invoice Number | Invoice Date |
|---|---|
| 17382 | 2/1/2016 |
| **Order Number** | **Due Date** |
| 17382 | 3/2/2016 |

# INVOICE

**Sold To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD.
TAMPA, FL 33605-6710

**Ship To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD

TAMPA, FL 33605-6710
USA

| Ship Date | Ship Via | Freight Terms | Payment Terms |
|---|---|---|---|
| 2/1/2016 | | DELIVERED | NET 30 |

| Customer Order Number | Sales Agent | Customer Number |
|---|---|---|
| 512600 | [ANGIE] ANGIE GRIFFIN | AMALI_01 |

| QTY Shipped | Packaging | Total Quantity | Product | Unit Price | Amount |
|---|---|---|---|---|---|
| 21021 | 1 G BULK | 21,021 G | DOT3 LOW BOIL<br>BULK LOW BOIL DOT 3 BRAKE FLUID | 4.2000 / G | 88,288.20 |
| | | | Merchandise SubTotal | | 88,288.20 |
| | | | **Total Invoice** | | **88,288.20** |

RECEIVED
FEB 2 2016
BY:..................

PUNCHED
MAR 01 2016
Joan

DEFAULT
COGS MDSE
11.6100

PLEASE REMIT TO: Third Coast Chemicals
P.O. Box 4652
Dept 949
Houston, TX 77210-4652

WIRING INSTRUCTIONS: Amegy Bank National Association
5 Post Oak Park
4400 Post Oak Parkway
Houston, Texas 77027
ABA: 113011258; ACCT: 1000926

# EXHIBIT D

Better than it has to be

**Amalie Oil**
1601 McCloskey Boulevard
Tampa, Fl, 33605-6731

Tel#: 813-248-1988
Fax#: 813-248-1488

Page: 1 of 1
Date: 02/22/2016
Time: 1:23:13 PM

# Purchase order

?
. COAST CHEMICALS, LTD.
P . OX 4652
DEPT. 949
HOUSTON, TX 77210
USA

Number: PO-512889-2
Purchase Order Date: 02/22/2016
Delivery Date: 03/04/2016
Created Date: 02/09/2016
Customer PO:

Delivery address
Amalie Oil Company
1601 McCloskey Blvd
TAMPA FL, 33605

| em number | Short Part Number | Description | Inv Qty | Inv Unit | Billing Qty | Billing Unit | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 8080912300 | | DOT 3 B/OIL - EXPORT LOW BOIL | 21,937.00 | GL | 21,937.00 | GL | 4.20 | 92,135.40 |

**Sales balance:** **92,135.40**
**Total:** **92,135.40**

**Printed By: m***

# EXHIBIT E

STRAIGHT BILL OF LADING

From: Third Coast Packaging, Inc.

At: 18410 WEST CLOVER LN
FRIENDSWOOD, TX 77546
Phone: Fax:

| B/L DATE | B/L NO. |
|---|---|
| 2/22/2016 | 190168 |

Page 1 of 1

SOLD TO: THIRD COAST CHEMICALS
P. O. BOX 239
PEARLAND, TX 77588
USA

SHIP TO: AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD
TAMPA, FL 33605
USA

| CUST NO | OPERATOR | SHIP VIA | SHIPMENTS VIA MOTOR CARRIER | D.O.T. HAZARDOUS MATERIALS PLACARDS FURNISHED BY: |
|---|---|---|---|---|
| TCC_001 | ELINDNER | RAIL | | SHIPPER / CARRIER |

| CUST ORDER NO | SHIP DATE | FREIGHT | FOR REMARK | DELIVERY DATE | CHECKED BY |
|---|---|---|---|---|---|
| 512889 | 2/22/2016 | DELIVERED | CUSTOMER DOCK | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | HM | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLS |
|---|---|---|---|---|---|---|---|
| 190720 | 190720 | 1#BULK BKC-BF3401B | | NOT REGULATED<br>NOT REGULATED,<br>B DOT3 LOW BOIL<br>BULK BRAKECHEM LOW BOIL DOT 3 BRAKE FLUID 190720 BULK | 190720 | 190720 | |
| | | | | **Total Weights:** | **190720** | **190720** | |
| | | | | CLASS 65<br>RAILCAR: ~~GATX 66408~~ GATX-66406<br>BRAKE FLUID NON-HAZARDOUS<br>STCC:2991210<br>ROUTING: BNSF-DIRECT(UP S/W)<br>CONTRACT: BNSF 90058<br>SEALS: 038251,038252,038253,038254<br>CODES: N/A<br>GALLONS: 21,937 | | | |

SHIPPER'S CERTIFICATION This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of DOT.
(Signature/Title) ____________

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ________ per________

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

FREIGHT CHARGES

If charges are to be prepaid, write or stamp here, "TO BE PREPAID"

OFFICE

**SHIPPER'S CHECKLIST**

| | | | |
|---|---|---|---|
| | DOT LABELS APPLIED AND SECURE | | DOT AUTHORIZED CONTAINERS |
| | PROPER DOT NAME ON ALL PACKAGES | | CHECKED FOR PROPER SEALING |
| | AIR CARGO ONLY | | PELIGRO LABEL APPLIED |

**COD** Amt: $ 0.00

DELIVERED BY:

RECEIVED BY:

DATE:

SIGNATURE HEREBY CONFIRMS THAT QUANTITY SPECIFIED IS CORRECT AND RECEIVED IN GOOD CONDITION

FOR CHEMICAL EMERGENCY, SPILL, LEAK, EXPOSURE OR ACCIDENT
CONTACT: CHEMTREC (800)-262-8200 CCN# 22251

# EXHIBIT F

THIRD COAST CHEMICALS

Third Coast Chemicals
P.O.Box 239
Pearland, TX 77588

Phone: 281-412-0275
Fax: 281-412-0245

Page 1 of 1

| Invoice Number | Invoice Date |
|---|---|
| 17448 | 2/22/2016 |
| **Order Number** | **Due Date** |
| 17448 | 3/23/2016 |

# INVOICE

B/L DATE 3-12-16

**Sold To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD.
TAMPA, FL 33605-6710

24720

**Ship To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD.
TAMPA, FL 33605-6710

| Ship Date | Ship Via | Freight Terms | Payment Terms |
|---|---|---|---|
| 2/22/2016 | RAIL | DELIVERED | NET 30 ✓ |

| Customer Order Number | Sales Agent | Customer Number |
|---|---|---|
| 512889 | [ANGIE] ANGIE GRIFFIN | AMALI_01 |

| QTY Shipped | Packaging | Total Quantity | Product | Unit Price | Amount |
|---|---|---|---|---|---|
| 21937 | 1 G BULK | 21,937 G | DOT3 LOW BOIL<br>BULK LOW BOIL DOT 3 BRAKE FLUID<br><br>GATX-66406 | 3.8000 / G | 83,360.60 ✓ |
| | | | Merchandise SubTotal | | 83,360.60 ✓ |
| | | | **Total Invoice** | | **83,360.60** ✓ |

RECEIVED
FEB 29 2016
BY: ........

PUNCHED
MAR 15 2016
Joan

DEFAULT
COGS MDSE
11.6100

PLEASE REMIT TO: Third Coast Chemicals
P.O. Box 4652
Dept 949
Houston, TX 77210-4652

WIRING INSTRUCTIONS: Amegy Bank National Association
5 Post Oak Park
4400 Post Oak Parkway
Houston, Texas 77027
ABA: 113011258, ACCT: 1000926

# EXHIBIT G



Better than it has to be

**Amalie Oil**
1601 McCloskey Boulevard
Tampa, Fl, 33605-6731
Tel#: 813-248-1988
Fax#:813-248-1488

Page: 1 of 1
Date: 03/25/2016
Time: 9:28:45 AM

# Purchase order

2
T. .OAST CHEMICALS, LTD.
P.O. BOX 4652
DEPT. 949
HOUSTON, TX 77210
USA

Number: PO-513124-3
Purchase Order Date: 03/25/2016
Delivery Date: 04/04/2016
Created Date: 03/07/2016
Customer PO:

PO

Delivery address
Amalie Oil Company
1601 McCloskey Blvd
TAMPA, FL 33605
USA

| em number | Short Part Number | Description | Inv Qty | Inv Unit | Billing Qty | Billing Unit | Unit price | Amount |
|---|---|---|---|---|---|---|---|---|
| 8080912300 | | DOT 3 B/OIL - EXPORT LOW BOIL | 21,147.00 | GL | 21,147.00 | GL | 3.80 | 80,358.60 |

**Sales balance:** 80,358.60
**Total:** 80,358.60

**Printed By: Brandi Seals**

# EXHIBIT H

STRAIGHT BILL OF LADING

From: Third Coast Packaging, Inc.

At: 18410 WEST CLOVER LN
FRIENDSWOOD, TX 77546
Phone: Fax:

TCT
ThirdCoast
TERMINALS

| B/L DATE |
|---|
| 3/23/2016 |
| B/L NO. |
| 192196 |

Page 1 of 1

SOLD TO: THIRD COAST CHEMICALS
P. O. BOX 239
PEARLAND, TX 77588
USA

SHIP TO: AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD
TAMPA, FL 33605
USA

| CUST NO | OPERATOR | SHIP VIA | SHIPMENTS VIA MOTOR CARRIER | D.O.T. HAZARDOUS MATERIALS PLACARDS FURNISHED BY: |
|---|---|---|---|---|
| TCC_001 | ELINDNER | RAIL | | ☐ SHIPPER ☐ CARRIER |

| CUST. ORDER NO | SHIP DATE | FREIGHT | FOB REMARK | DELIVERY DATE | CHECKED BY |
|---|---|---|---|---|---|
| 513124 | 3/23/2016 | DELIVERED | CUSTOMER DOCK | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | HM | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLS |
|---|---|---|---|---|---|---|---|
| 183600 | 183600 | 1#BULK<br>BKC-BF3401B | | NOT REGULATED<br>NOT REGULATED,<br>B DOT3 LOW BOIL<br>BULK BRAKECHEM LOW BOIL DOT 3 BRAKE FLUID 183600 BULK | 183600 | 183600 | |
| | | | | **Total Weights:** | **183600** | **183600** | |
| | | | | CLASS 65<br><br>RAILCAR: PLCX-92510<br>BRAKE FLUID NON-HAZARDOUS<br>STCC:2991210<br>ROUTING: BNSF-DIRECT(UP S/W)<br>CONTRACT: BNSF 90058<br>SEALS: 036401,036402,036403,036404<br>CODES: N/A<br>GALLONS: 21,147 | | | |

SHIPPER'S CERTIFICATION This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of DOT.
(Signature/Title) ______________________

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding __________ per________

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______________________
(Signature of Consignor)

FREIGHT CHARGES

If charges are to be prepaid, write or stamp here, "TO BE PREPAID"

OFFICE

**SHIPPER'S CHECKLIST**

| | | | |
|---|---|---|---|
| | DOT LABELS APPLIED AND SECURE | | DOT AUTHORIZED CONTAINERS |
| | PROPER DOT NAME ON ALL PACKAGES | | CHECKED FOR PROPER SEALING |
| | AIR CARGO ONLY | | PELIGRO LABEL APPLIED |

**COD** Amt: $ 0.00

DELIVERED BY:

RECEIVED BY:

DATE:

SIGNATURE HEREBY CONFIRMS THAT QUANTITY SPECIFIED IS CORRECT AND RECEIVED IN GOOD CONDITION

**FOR CHEMICAL EMERGENCY, SPILL, LEAK, EXPOSURE OR ACCIDENT CONTACT: CHEMTREC (800)-262-8200 CCN# 22251**

# EXHIBIT I






























24720

Third Coast Chemicals
P.O.Box 239
Pearland, TX 77588

Phone: 281-412-0275
Fax: 281-412-0245

Page 1 of 1

| Invoice Number | Invoice Date |
|---|---|
| 17528 | 3/29/2016 |
| **Order Number** | **Due Date** |
| 17528 | 4/28/2016 |

# INVOICE

G/L DATE 4/12/16

**Sold To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD.
TAMPA, FL 33605-6710

**Ship To:**

AMALIE OIL COMPANY
1601 MCCLOSKEY BLVD
TAMPA, FL 33605-6710
USA

| Ship Date | Ship Via | Freight Terms | Payment Terms |
|---|---|---|---|
| 3/23/2016 | RAIL | DELIVERED | NET 30 |

| Customer Order Number | Sales Agent | Customer Number |
|---|---|---|
| 513124 | [ANGIE] ANGIE GRIFFIN | AMALI_01 |

| QTY Shipped | Packaging | Total Quantity | Product | Unit Price | Amount |
|---|---|---|---|---|---|
| 21147 | 1 G BULK | 21,147 G | DOT3 LOW BOIL<br>BULK LOW BOIL DOT 3 BRAKE FLUID | 3.8000 / G | 80,358.60 |
| | | | Merchandise SubTotal | | 80,358.60 |
| | | | **Total Invoice** | | **80,358.60** |

RECEIVED
MAR 29 2016
BY:

DEFAULT
COGS MDSE
11.6100

PLEASE REMIT TO: AKOT

WIRING INSTRUCTIONS: Amegy Bank National Association
5 Post Oak Park
4400 Post Oak Parkway
Houston, Texas 77027
ABA: 113011258, ACCT: 1000926