UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMALIE OIL COMPANY

    Plaintiff,

v.

TC CHEMICALS, LLC, d/b/a THIRD COAST CHEMICALS, THIRD COAST CHEMICALS, LLC, and THIRD COAST CHEMICALS, LTD.,

    Defendant.

Case No.: 8:18-cv-01155-CEH-AAS

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

 X  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 15, 2018.

                                          */s/ Robert M. Quinn*
                                          Robert M. Quinn
                                          Florida Bar No. 305898
                                          Scott D. Feather
                                          Florida Bar No. 68740
                                          CARLTON FIELDS JORDEN BURT, P.A.

                P.O. Box 3239
                Tampa, FL  33601-3239
                Telephone:  (813) 223-7000
                Facsimile:  (813) 229-4133
                Email:  rquinn@carltonfields.com
                    lrodriguez@carltonfields.com
                    tpaecf@cfdom.net
                Email: sfeather@carltonfields.com
                    kburgee@carltonfields.com

                *Attorneys for Amalie Oil Company*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 15, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers in this case, as follows:

David Jennis
Erik Johanson
Jennis Law Firm
606 E. Madison St.
Tampa, FL  33602
Email: ejohanson@jennislaw.com

Nathan A. Steadman
Meyer, Knight & Williams, LLP
8100 Washington Ave., Ste. 1000
Houston, TX  77007
Email: nas@mkwlaw.com

Attorneys for Defendant

                */s/  Robert M. Quinn*
                Robert M. Quinn
                Florida Bar No. 305898